RUFUS K. REYNOLDS, RESPONDENT, *v.* THE PORT JERVIS BOOT AND SHOE FACTORY (LIMITED), APPELLANT.

*Evidence — right of a party to call all his witnesses — when the circuit judge cannot limit the number.*

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion for a new trial made upon the minutes of the justice before whom the action was tried.

The action was brought to recover for services claimed to have been rendered by the plaintiff for the defendant.

The court at General Term said: "The two principal questions litigated upon the trial were: First. Whether plaintiff was hired for forty months; second. Whether he, for a valid consideration, waived any right resulting to him from his discharge. Upon these

questions the circuit judge limited the number of witnesses to be called by the defense. This we think was error.

" Upon questions collateral to the facts in issue, as the opinions of experts, or the impeachment of a witness, the circuit judge has much discretion ; but with respect to the chief issues litigated the party has a right to spread his whole case before the jury. It may well be that had the other witnesses been sworn the verdict would have been the other way."

Judgment reversed, costs to abide event.

*Lewis E. Carr,* for the appellant.

*John W. Lyon,* for the respondent.

Opinion by Pratt, J.

Present — Barnard, P. J., Dykman and Pratt, JJ.

Judgment reversed and new trial granted, costs to abide event.